IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN M. BAZY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-4665 |
| WALMART STORES, INC. | : | |

## **ORDER**

AND NOW, this     day of October, 2002, it is hereby ORDERED that:

1. Plaintiff's expert report(s) shall be exchanged no later than December 2, 2002. Defendant's expert report(s) shall be exchanged no later than January 15, 2003.

2. All discovery shall be completed no later than February 3, 2003.

3. All dispositive motions shall be filed no later than February 14, 2003; responses to such motions shall be filed no later than February 28, 2003. The Parties may file supplemental briefs, however, such filings will not necessarily delay the Court's ruling on the subject motion.

4. This case will be placed in the Court's trial pool on March 15, 2003. Once placed in the trial pool, a case may be called upon 24 hours notice to Counsel.

5. Originals of all filings required under this Order shall be filed with the Clerk of the Court, and a courtesy copy of the same shall be submitted to the chambers of the Honorable R. Barclay Surrick (Room 5118).

6. Deadlines for the exchange of trial exhibits and witness lists, motions in limine and other pretrial submissions will be set by further Order of this Court.

7.	The unavailability of any witness, as defined in Federal Rule of Civil Procedure 32(a)(3), will not be a ground to delay the commencement or progress of an ongoing trial. A party may, however, use oral or videotape depositions at trial of any witness whose testimony a party believes essential to the presentation of that party's case, regardless of whether that witness is a party, a non-party or an expert, provided that such witness, including any witness offered for purpose of impeachment, has been identified to all parties at least thirty (30) days prior to the discovery deadline.

BY THE COURT:

_____
R. Barclay Surrick, Judge